## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gregory B. Clark, being first duly sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent (SA) with the United States Department of Homeland Security (hereinafter DHS), Homeland Security Investigations (hereinafter HSI), Office of Investigations. I am currently assigned to the HSI office in Pensacola, Florida, in the Northern District of Florida. I have been employed as a Special Agent since March 2002. During this time, I have conducted and assisted with numerous local, national, and international investigations related to the possession, receipt and distribution of child pornography and other offenses involving the exploitation of children.

2. As part of my duties as an HSI Special Agent, I have attended the Federal Law Enforcement Training Center (FLETC), where I received training in the investigation of child pornography violations. I have also received specialized training from the Internet Crimes Against Children Task Force (ICAC) on conducting online/internet investigations.

3. The statements contained in this affidavit are based on my experience, training, and background as an HSI Special Agent, as well as the statements of other investigators. I have set forth the facts that I believe are necessary to establish probable cause to believe that **Winston FOSTER** produced, received, possessed, and/or distributed, using any means or facility of interstate commerce, or in or affecting interstate commerce, visual depictions of minors engaging in sexually explicit conduct, in

1

violations of Title 18, United States Code, Sections 2251, 2252, and 2252A.

  4. On January 13, 2016, I received four Cyber Tip (CT) Reports from the National Center for Missing and Exploited Children (NCMEC) regarding a notification from Facebook of suspected sexual abuse of a juvenile female child by family members who is currently residing in Oklahoma and by a Facebook subscriber identified from his subscriber account as **Winston FOSTER** of Navarre, Florida. It should be noted that Facebook assigns a unique identifying number (UID) for each Facebook subscriber account. **Winston FOSTER** used the same account, User Name: Winston.foster3, ESP User ID: 100001437171537, URL: www.facebook.com/profile.php?id=100001437171537, to chat with the child, to entice the child to produce pornographic images of herself, and to send and receive the pornographic images of the child. According to Facebook records, **Winston FOSTER** accessed his Facebook account during his chats with the child using the following Internet Protocol (IP) addresses that are assigned by AT&T: 2602:30a:2cb1:d8d0:d9a9:c25:4476:3cee, 2602:30a:2cb1:d8d0:557f:cc6d:b542:3512, 162.203.29.141, 2602:30a:2cb1:d8d0:5055:b528:7d10:b052, 2602:30a:2cb1:d8d0ad92:e06a:6141:9ec9, 97.32.65.118, 97.32.65.249, 97.32.67.166, and 2602:30a:2cb1:d8d0:f489:957f:26aa:242.

  5. From records provided by Facebook, it appears that on or about December 13, 2015, **Winston FOSTER**, using his Facebook account, User Name: Winston.foster3, ESP User ID: 100001437171537, URL: www.facebook.com/profile.php?id=100001437171537, began chatting on Facebook with

2

the child on her Facebook account, User Name: ███████, ESP User ID: ███████, URL: www.facebook.com/███████. Below is an excerpt of the initial conversation on Facebook between the child and **Winston FOSTER**:

> -**FOSTER**: Where are you from?
> -Child: Oklahoma.
> -**FOSTER**: Are you dating anyone?
> -**FOSTER**: I am 17 how old r u?
> -Child: 12
> -**FOSTER**: You cool with my age? I cool with yours.

6.   As the chats continued between **Winston FOSTER** and the child, the chats became more sexually explicit. **Winston FOSTER** requested the child perform sexually explicit acts, take pictures of the acts, and send the pictures to **Winston FOSTER** via Facebook. The child complied and sent **Winston FOSTER** the sexually explicit images of herself. Below is an excerpt of some of the conversation between the child and **Winston FOSTER** from December 14, 2016, until December 26, 2016:

> -**FOSTER**:  So may I ask you is that the nottest [sic] pic u have ever taken?
> -Child:  This is. (At this point the child sends an image to FOSTER that Facebook reported as being a Child Exploitative Image [CEI]).
> -**FOSTER**: Very sexy. I love your body.
> -**FOSTER**: I tought [sic] my sister how to play with her self
> -Child: Why?
> -**FOSTER**: She asked my [sic] to, I did not touch her just talked her through it
> -Child: Oh. My step brother showed me by touching me. (The child continues to state that she has been sexually molested by her step-brother and her father.)

3

-FOSTER: Male [sic] me cum. Us baby play with ur pussy for me. (At this point the child sends another image to FOSTER that Facebook reported as being a CEI.)

Does I feel good?

-Child: Fuck yes.

-FOSTER: Put three finger in

-Child: I can't

-FOSTER: Try baby. Use spit. For lub [sic] am go slow.

-Child: I'll try

-FOSTER: Nice and slow. Rub ur clit at the same time. Show me baby. (At this point the child sends another image to FOSTER that Facebook reported as being CEI. According to Facebook, FOSTER also sent an image of an erect penis to the child.)

7. I reviewed the images from Facebook sent by the child to **Winston FOSTER**, many of which were sent at his direction. There are 45 images of a female child who appears to be 12-14 years old. Several of the images depict the child nude, some of the images are focused in on the child's genitalia and buttocks area, some of the images display the child digitally penetrating herself, and two of the images display the child using a sex toy to penetrate herself. On December 16, 2016, there were several chats regarding a sex toy **Winston FOSTER** wanted to send the child. The following is an excerpt of the conversation regarding the sex toy:

-FOSTER: If I sent u a toy could u get it without being cought [sic], I would srnd [sic] it by mail

-Child: Maybe

-FOSTER: Do you get mail

-Child: Sometimes but put it in a box

4

-FOSTER: I will send a shirt with it or something to hide it

-Child: Whoa....that's a big toy

-FOSTER: (Sent two images depicting sex toys) Ok I will send u the small one first, what is your address

- (At this point the child provides her mailing address to **FOSTER**)

-FOSTER: The first time u us [sic] it u have to take pics and do as I tell u. Use it I tell u, taking pics the hole time baby

8. According to Facebook, the child listed on registration information that her year of birth is 2000, however the child has posted on Facebook that she is 12 years old. On January 22, 2016, the child was identified as B.T., a 12-year-old girl living in Oklahoma. The child was interviewed by HSI, and she admitted to communicating with "Winston" via Facebook. B.T. is the same child depicted in the CEI described above. According to Facebook, **Winston FOSTER** listed his year of birth as 1975 and that he is employed at ▇▇▇▇▇▇ in Navarre, Florida. **Winston FOSTER's** Facebook account listed his email address as ▇▇▇▇▇▇@yahoo.com.

9. According to Facebook, **Winston FOSTER**, using a different Facebook account, User Name: Winston.foster.353, ESP User ID: 100011093285740, URL: www.facebook.com/winston.foster.353, sent three CEI images of the aforementioned child to the Facebook account of another Facebook subscriber identified by Facebook as ▇▇▇▇▇▇, User Name: ▇▇▇▇▇▇, ESP User ID: ▇▇▇▇▇▇, URL: www.facebook.com▇▇▇▇▇▇ I reviewed the three images sent by **Winston FOSTER** to ▇▇▇▇▇▇ and confirmed that they were the same sexually explicit images that were sent from the child to **Winston FOSTER** using their Facebook accounts, User Name: ▇▇▇▇▇▇, ESP User ID: ▇▇▇▇▇▇, URL:

5

www.facebook.com ▇▇▇▇▇ and User Name: Winston.foster3, ESP User ID: 100001437171537, URL: www.facebook.com/profile.php?id=100001437171537, respectively. One of the images depicts the child naked and only showing her body from the neck down. The second image depicts the child digitally penetrating herself. The third image depicts a foreign object, possible a hair clip, attached to the child's genitalia.

10. On January 14, 2016, I sent law enforcement preservation letters to Facebook for the above-mentioned Facebook accounts. On January 15, 2016, I sent a DHS Summons to Facebook for subscriber information for account Winston.foster3, ESP User ID: 100001437171537. According to Facebook, the account Winston.foster3, ESP User ID: 100001437171537, is registered to **Winston FOSTER** at zip code 32566 (Navarre, Florida) and was created on August 12, 2010. The account was closed by Facebook on January 8, 2016, after it was discovered that the account was being used to solicit and receive CEI images from another Facebook subscriber (User Name: ▇▇▇▇▇, ESP User ID: ▇▇▇▇▇). One of the registered email addresses for this account is ▇▇▇▇▇@facebook.com.

11. On January 15, 2016, I sent a DHS Summons to Facebook for subscriber information for account Winston.foster.353, ESP User ID: 100011093285740. According to Facebook, the account Winston.foster.353, ESP User ID: 100011093285740, is registered to **Winston FOSTER** and was created on January 9, 2016. The account was closed by Facebook on January 11, 2016, after it was discovered that the account was being used to distribute CEI images to another Facebook subscriber (User Name: ▇▇▇▇▇, ESP User ID: ▇▇▇▇▇). One of the registered

email addresses for this account is ▓▓▓▓▓▓@gmail.com.

12. On January 15, 2016, I sent a DHS Summons to Facebook for subscriber information for account ▓▓▓▓▓▓, ESP User ID: ▓▓▓▓▓▓ According to Facebook, the account brent.larsen.10, ESP User ID: 100001964289083, is registered to ▓▓▓▓▓▓ and was created on January 12, 2011. The account was closed by Facebook on January 11, 2016, after the account was used to receive CEI images from another Facebook subscriber (User Name: Winston.foster.353, ESP User ID: 100011093285740). One of the registered email addresses for this account is ▓▓▓▓▓▓@facebook.com.

13. On January 15, 2016, I sent a DHS Summons to Facebook for subscriber information for account ▓▓▓▓▓▓ ESP User ID: ▓▓▓▓▓▓. According to Facebook, the account ▓▓▓▓▓▓, ESP User ID: ▓▓▓▓▓▓, is registered to ▓▓▓▓▓▓ and was created on December 3, 2015, and is currently active. One of the registered email addresses for this account is ▓▓▓▓▓▓@facebook.com.

14. According to DAVID, Florida driver's license database, **Winston FOSTER**, age 40, listed his residence as ▓▓▓▓▓▓ Navarre, Florida, which is located in the Northern District of Florida.

15. On January 15, 2016, I sent a DHS Summons to AT&T for subscriber information on the following IP addresses that were used by **Winston FOSTER** on specific dates and times during his Facebook chats with the child: 2602:30a:2cb1:d8d0:d9a9:c25:4476:3cee, 2602:30a:2cb1:d8d0:557f:cc6d:b542:3512, 162.203.29.141, 2602:30a:2cb1:d8d0:5055:b528:7d10:b052,

7

2602:30a:2cb1:d8d0ad92:e06a:6141:9ec9, and 2602:30a:2cb1:d8d0:f489:957f:26aa:242. According to AT&T, the IP addresses are assigned to ▮▮▮▮ ▮▮▮, with a service/billing address of ▮▮▮▮▮▮▮▮▮▮▮, Milton, Florida, which is located in the Northern District of Florida. The account was established on January 28, 2014, and is still active.

16. On January 19, 2016, I conducted surveillance ▮▮▮▮▮▮▮▮▮▮▮, Milton, Florida, which is a gray in color mobile home with a green colored barn located directly behind the mobile home. I observed a "for sale by owner" sign with a telephone number to call.

17. On January 20, 2016, I, acting in an undercover capacity as a potential buyer, called the telephone number listed on the for sale sign. The person who answered the telephone identified herself as ▮▮▮ ▮▮▮▮. She stated if I wanted to take a closer look at the property, I could come over anytime and speak with **Winston FOSTER**, a tenant living in an apartment located over the barn in the rear of the residence. Ms. ▮▮▮ stated **Winston FOSTER** is replacing the flooring in the mobile home in preparation for sale.

18. Open source research on the internet indicates a business called "Winston My Pet Specialist" was located at ▮▮▮▮▮▮▮▮▮▮ Milton, Florida, but has since gone out of business. Also according to Facebook, one of **Winston FOSTER's** Facebook accounts listed an email address of ▮▮▮▮▮▮▮▮▮▮@yahoo.com.

19. A query conducted of **Winston FOSTER's** criminal history revealed that on March 29, 2002, **Winston FOSTER** was arrested by the Clark County Sheriff's

8

Office in Idaho for Sexual Abuse of a Child Under 16. According to State of Idaho court records, **Winston FOSTER** pled guilty to one misdemeanor count of Procuring Beer for Minors, for which he served 90 days in the county jail, and one felony count of Procuring Beer for Minors, for which he was given a two year suspended sentence and probation for three years.

20. On February 1, 2016, a search warrant was issued by United States Magistrate Judge Charles Kahn, Jr. to search the premises of ▆▆ ▆▆▆▆▆▆▆▆▆▆, Milton, Florida. On February 3, 2016, the search warrant was executed, and I discovered **Winston FOSTER** living at the residence. Post *Miranda*, **Winston FOSTER** admitted to communicating with B.T., who he believed to be ▆▆▆▆▆▆▆▆, via Facebook starting in December 2015. Initially, he thought she was 14 years-old, but later found out she was actually 12 years-old. He admitted to receiving CEI images of B.T., and sending her pictures of his erect penis. During the search, agents conducted a quick scan of **Winston FOSTER's** cell phone and found approximately 13 images of B.T., the majority of which were child pornography.

21. Based on the foregoing information, there is probable cause to believe that **Winston FOSTER** produced, received, possessed, and/or distributed, using any means or facility of interstate commerce, or in or affecting interstate commerce, visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

Your affiant further submits that early disclosure of the contents of this affidavit may compromise an ongoing investigation of this matter. Further, given the sensitive nature of the information contained herein, your affiant requests that the affidavit in support of this criminal complaint remain sealed until further Order of this Court.

_____
Greg Clark
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this \_\_3\_\_ day of February, 2016, at Pensacola, Florida.

_____
Charles J. Kahn, Jr.
United States Magistrate Judge