UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff**

v.                                      CASE NO. 3:16cr20/MCR

**WINSTON D. FOSTER**

      **Defendant**

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on March 1, 2016, a Federal Grand Jury sitting in the Northern District of Florida issued a Four Count Indictment against the defendant, charging him with violations of Title 18, United States Code, Sections 2251(a) and 2251(e); 2252A(a)(2), 2252A(b)(1), 2252A(a)(5)(B) and 2252A(b)(2); and

WHEREAS, the Indictment included a criminal forfeiture allegation, pursuant to Title 18, United States Code, Section 2253; and

WHEREAS, on or about April 13, 2016, the defendant pled guilty to Counts One and Three of the Indictment.  By pleading guilty to Counts One and Three, as stated in the Plea Agreement documents, the defendant conceded to the forfeiture of the electronic media utilized to commit the instant offense to the United States, pursuant to Title 18, United States Code, Section 2253; and

WHEREAS, on or about June 17, 2016, this Court entered a Preliminary Order of Forfeiture against the following property:

**A.  One Hitachi hard drive 500 GB, SN: 120226PBN408P7JJ8NVE; and**

**B.  One Samsung SM-S765C Cell Phone, SN: 268438463212423616; and**

**C.  One Dell XPS L502X Laptop computer, SN:  6WS1YYT6**; and

WHEREAS, pursuant to Rule 32.2 (b)(4)(A) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant Winston D. Foster at the time of his sentencing on August 26, 2016.  On September 6, 2016, a Judgment was entered with the court forfeiting the defendant's interest in the above-referenced property:

WHEREAS, pursuant to rule G(4)(a)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice need not be published if the defendant property is worth less than $1,000.00; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this 13th day of September, 2016.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**